IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LUCKY KELLY PEEVY, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) | No. CIV-14-195-C |
| JUSTIN JONES, | ) ) ) | |
| Respondent. | ) | |

ORDER OF DISMISSAL WITHOUT PREJUDICE

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Suzanne Mitchell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). On April 24, 2014, Judge Mitchell entered a Report and Recommendation concluding that because Petitioner had not paid the initial filing fee as ordered, the action should be dismissed without prejudice. Petitioner has not filed an objection.

Accordingly, the Report and Recommendation is adopted, and this action is dismissed without prejudice.

IT IS SO ORDERED this 21st day of May, 2014.

ROBIN J. CAUTHRON
United States District Judge